JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEMCAP LENDING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>QUARLES & BRADY, LLP, JAMES GATZIOLIS, and DOES 1 through 10, inclusive,<br><br>Defendants. | CV 14-07937-RSWL-Ex<br><br>**JUDGMENT** |

**WHEREAS**, on September 13, 2017, the Court granted Defendants Quarles & Brady, LLP and James Gatziolis' (collectively, "Defendants") Motion for Summary Judgment [116] and denied Plaintiff GemCap Lending I, LLC's ("Plaintiff") Motion for Partial Summary Judgment [120].

///

///

1

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendants and against Plaintiff.

This action is hereby dismissed in its entirety.

**IT IS SO ORDERED.**

DATED: September 13, 2017          s/ RONALD S.W. LEW

                                          **HONORABLE RONALD S.W. LEW**
                                          Senior U.S. District Judge